UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TONY TABOR** | **CIVIL ACTION** |
| **versus** | **NO. 11-1116** |
| **TERRY TERRELL, WARDEN** | **SECTION: "J" (1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by Petitioner Tony Tabor, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Tony Tabor** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  31st  day of       October      , 2011.

_____
UNITED STATES DISTRICT JUDGE